UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RE: KARLA J SCHNECK | ) Case No. 18 B 12173 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: DONALD R CASSLING |

## NOTICE OF MOTION

| | |
|---|---|
| KARLA J SCHNECK | CUTLER & ASSOC |
| 1289 MAROON DR | via Clerk's ECF noticing procedures |
| ELGIN, IL  60120 | |

Please take notice that on October 10, 2019 at 9:30 am my designee or I will appear before the Honorable Judge DONALD R CASSLING at 219 South Dearborn Courtroom 619, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the person(s) named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on September 20, 2019.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO OBJECT TO DISCHARGE

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to enter an order determining that debtor is not entitled to a discharge, stating as follows:

1. Debtor (s) filed the above-captioned Chapter 13 case on April 25, 2018.

2. The debtor(s) filed a previous Chapter 7 case, # 15-20882 filed on Jun 16, 2015, discharge having been issued on Sep 29, 2015.

3. Pursuant to 11 U.S.C. § 1328 (f), "the court shall not grant a discharge of all debts provided for in the plan or disallowed under section 502, if the debtor received a discharge--
   (1) in a case filed under chapter 7,11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or
   (2) in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order."

WHEREFORE Trustee prays that the Court enter an order that the debtor or debtors are not entitled to a discharge.

Respectfully submitted,

TOM VAUGHN                                                    /s/ Tom Vaughn
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900