UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 18-12173 |
|---|---|---|
| Karla J Schneck | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRATING MOTION TO VACATE PAYROLL CONTROL ORDER

Upon Motion of the Debtor, no responsive pleading having been filed or objection within the time required, IT IS HEREBY ORDERED:

The Debtor's Motion to Vacate Payroll Order is granted.

Enter:

*Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: February 27, 2020

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600